IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE DELAGADO, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 17-cv-03742 |
| v. ) | |
| ) | Hon. Sara L. Ellis |
| BLATT, HASENMILLER, LEIBSKER & ) | |
| MOORE, LLC, ) | |
| ) | Magistrate Judge Young B. Kim |
| DEFENDANT. ) | |
| ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and the Defendant attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: April 10, 2018**

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| s/*Celetha Chatman* | *s/ Brandon Stein* |
| Celetha Chatman | Brandon Stein |
| Michael Wood | John Ryan |
| Community Lawyers Group Ltd. | *Hinshaw & Culbertson, LLP*. |
| 73 W. Monroe Street, Suite 502 | 222 N. LaSalle Street, Suite 300 |
| Chicago, IL 60603 | Chicago, Illinois 60603 |
| Ph: (312)757-1880 | bstein@hinshawlaw.com |
| Fx: (312)476-1362 | jryan@hinshawlaw.com |
| cchatman@communitylawyersgroup.com | *Attorneys for Defendants* |
| mwood@communitylawyersgroup.com | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

    I, Celetha Chatman, an attorney, hereby certify that on April 10, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 10, 2018**                                                          Respectfully submitted,

                                                       By:      /s/ *Celetha Chatman*